# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division



**LESTER ROBINSON,**

    Plaintiff,

v.                                                           Civil Action No. **3:19CV217**

**OFFICER COX,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

Plaintiff, a federal inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. Plaintiff's current allegations fail to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. Accordingly, by Memorandum Order entered on June 7, 2019, the Court directed Plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit a particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the June 7, 2019 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond to the June 7, 2019 Memorandum Order. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.

Date: 8 August 2019
Richmond, Virginia

                                                  /s/
                                      John A. Gibney, Jr.
                                      United States District Judge